CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 14 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILLIAM THOMAS REDD,<br>Plaintiff, | Civil Action No. 7:07-cv-00204 |
| v. | |
| MEDICAL STAFF, et al.,<br>Defendants. | By: Hon. Michael F. Urbanski<br>United States Magistrate Judge |

## ORDER

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that:

1. Defendants' Motion for Summary Judgment is hereby **GRANTED**; and

2. This case will be **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order to plaintiff and to counsel of record for the defendants.

Entered this 14th day of September 2007.

Michael F. Urbanski
United States Magistrate Judge